RICHARD L. LOUGEE
State Bar No. 012515
Post Office Box 43505
Tucson, Arizona 85733
(520) 882-2080/FAX (520) 882-3002
email address: rick@lougeelaw.com

RALPH E. ELLINWOOD
Ellinwood & Francis, LLP.
State Bar No. 3890
117 West Washington
Tucson, Arizona 85701
(520) 882-2100/FAX (520) 882-2026
email: ree@yourbestdefense.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | 4:14-cr-01560-RM-BGM | |
| ) | | |
| PLAINTIFF, ) | | |
| ) | | |
| vs. ) | **MOTION TO CONTINUE** | |
| ) | **SENTENCING** | |
| **SCOTT MEAKIN,** ) | (Second Request) | |
| ) | | |
| DEFENDANT. ) | | |
| _____ ) | | |

It is expected that excludable delay under Title 18, United States Code,
§3161(h)(1)(F), will occur as a result of this motion or an order based thereon.

COMES NOW defendant, Scott Meakin by and through undersigned
counsel, Richard L. Lougee and Ralph E. Ellinwood, and moves this Court for its
order continuing his sentencing (second request) for 60 days for the following
reason:

The continuance is necessary to allow time for a risk assessment evaluation to be completed, the probation report completed, and a defense sentencing memorandum to be prepared.

Assistant United States Attorney Erica Seger has been contacted and does not have an objection to the filing of this motion.

WHEREFORE, for the reasons stated, the Defendant requests that his Motion to Continue Sentencing be granted and the Court enter its Order accordingly.

RESPECTFULLY SUBMITTED this 8th day of June, 2015.

/s/ Ralph E. Ellinwood
Ralph E. Ellinwood
Attorney for Defendant Scott Meakin

/s/ Richard L. Lougee
Richard L. Lougee
Attorney for Defendant Scott Meakin

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrant:

Erica Seger
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701

2