JOHN S. LEONARDO
United States Attorney
District of Arizona
ERICA L. SEGER
Assistant U.S. Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Erica.seger@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Scott Meakin,<br><br>Defendant. | CR 14-01560-TUC-RM (BGM)<br><br>MOTION FOR COURT ORDER FOR RELEASE OF PSYCHOSEXUAL EXAMINATION TO THE U. S. AIR FORCE<br><br>(unopposed) |

The United States of America, by and through its attorneys undersigned, hereby moves this Court to order release of the defendant's psychosexual evaluation report to the U. S. Air Force and in support states as follows:

1. The defendant pleaded guilty to the indictment charging a violation of 18 U.S.C. § 2252A, knowing access of child pornography on February 13, 2015. At the time of the change of plea, pursuant to an agreement between the parties as well as 18 U.S.C. § 3552(b), the court ordered that the defendant submit to a presentence psychosexual assessment, including physiological testing and a polygraph examination. The court ordered that this study be conducted by the Center for Life Skills Development in Tucson AZ.

2. The defendant is active duty Air Force. The U. S. Air Force is court-martialing the defendant for other offenses. During the course of their proceedings, the defendant's military defense attorney requested a copy of the psychosexual evaluation completed pursuant to the above court order.

3. Neither the defense nor the government currently have a copy of this evaluation. The evaluation is usually attached to the final pre-sentence report provided to all the parties and the Court.

4. The probation officer assigned to this case does have a copy of the evaluation, although it does not include a completed polygraph examination.

5. Counsel for the defendant, Richard Lougee, has no objection to this request.

Wherefore, the United States requests that this Court order the psychosexual evaluation in the above case be released to the government for purposes of providing a copy to the U. S. Air Force.

Respectfully submitted this 26th day of August, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Erica L. Seger*

ERICA L. SEGER
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 14-01560-TUC-RM (BGM) |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| Scott Meakin, | |
| Defendant. | |

Pursuant to the motion of the United States for release of the psychosexual evaluation in this case, it is hereby ordered that the Probation Department shall furnish a copy of the psychosexual evaluation report to the government for the purpose of providing the report to the U. S. Air Force.

DATED this _____ day of August, 2015.

Rosemary Marquez
United States District Judge