**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Scott Meakin,<br>Defendant. | No. CR-14-01560-001-TUC-RM (EJM)<br>**ORDER** |

On August 11, 2026, Magistrate Judge Eric J. Markovich issued a Report and Recommendation (Doc. 78), concluding that the Defendant used an unregistered email address in violation of the conditions of his supervised release, and recommending that this Court revoke the Defendant's supervised release. No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Markovich's Report and Recommendation, the transcript of the hearing held before Judge Markovich on July 24, 2026, and the record. The Court finds no error in Magistrate Judge Markovich's Report

and Recommendation, and Defendant has waived his right to review by failing to file objections.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 78) is **accepted and adopted in full**. The Court finds that Defendant Scott Meakin violated Special Condition No. 10 of his conditions of supervised release, as alleged in the Petition to Revoke Supervised Release (Doc. 58).

**IT IS FURTHER ORDERED** that a Final Disposition Hearing is set for **October 21, 2026**, at **1:30 p.m.**, before the Honorable Rosemary Márquez, in Courtroom 5A of the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, AZ 85701.

Dated this 28th day of September, 2026.

Honorable Rosemary Márquez
United States District Judge